FILED

2012 Jun-29  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **EDDISON WALTERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CV NO.: 7:11-cv-04013** |
| | ) | |
| **DLJ MORTGAGE CAPITAL , INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Eddison Walters, by and through his counsel, and Defendant, DLJ Mortgage Capital, Inc., by and through its counsel, and hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs, expenses and fees.

All parties have consented to the electronic filing of this document jointly.

Respectfully submitted,

/s  John David Collins
John David Collins

*Attorneys for Defendant DLJ*
*Mortgage Capital, Inc.*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

1

02382502.1

/s  Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

*Attorney for Plaintiff Eddison Walters*

**OF COUNSEL:**
Underwood & Riemer
21 South Section Street
Fairhope, AL 36532
(251)-990-5558