FILED
2012 Jun-29 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **EDDISON WALTERS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | |
| } | **CASE NO. 7:11-cv-04013-SLB** |
| **DLJ MORTGAGE CAPITAL, INC.,** } | |
| } | |
| Defendant. } | |

## ORDER

In accordance with the Joint Stipulation of Dismissal filed by the parties herein on June 29, 2012, the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**. The parties shall bear their own respective costs.

**DONE** this 29th day of June, 2012.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE